# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

April 1, 2009

**Before**

DANIEL A. MANION, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 07-4014

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee*, | Appeal from the United States District<br>Court for the Southern District of Illinois. |
| *v.* | No. 06 CR 30083 |
| FREDIANDO CONTRERAS,<br>*Defendant-Appellant.* | Michael J. Reagan,<br>*Judge*. |

**O R D E R**

On consideration of the petition for rehearing filed by Defendant-Appellant on December 18, 2008, the panel's order dated December 4, 2008 is hereby AMENDED.  The fourth and fifth sentences of the opening paragraph are deleted.

In all other respects, all members of the original panel have voted to deny the petition for rehearing. Accordingly, the petition is DENIED.